AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00041 |
| **CHRISTOPHER MAURER** | ) Assigned To : Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign. Date : 2/21/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder; |
| 18 U.S.C. §§ 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers with a Deadly and Dangerous Weapon; |
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(E) | Impeding Passage through the Capitol Grounds or Buildings; |
| 40 U.S.C. § 5104(e)(2)(F) | Engaging in an Act of Physical Violence on Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/21/2023__                                  _____
*Judge's signature*

City and state:        Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*