AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CHRISTOPHER MAURER

Case: 1:23-mj-00041
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 2/21/2023
Description: Complaint W/ Arrest Warrant

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __CHRISTOPHER MAURER__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly and Dangerous Weapon;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Engaging in an Act of Physical Violence on Capitol Grounds or Buildings.

Date: __02/21/2023__                    _M.U. Upa___  
Digitally signed by Moxila A. Upadhyaya
Date: 2023.02.21 11:43:19 -05'00'
*Issuing officer's signature*

City and state:  __Washington, D.C.__        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* __2/21/2023__, and the person was arrested on *(date)* __2/22/2023__
at *(city and state)* __WESTBROOK, MAINE__.

Date: __2/22/2023__                    _[signature]_
*Arresting officer's signature*

KURT S. ORMBERG FBI
*Printed name and title*  SPECIAL AGENT