## **CERTIFICATE OF SERVICE**

On this 23rd day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Kaitlin Klamann