IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     \*
    \*
    VS.     \*     CASE NO. 23-MJ-00041-MAU-1
    \*
CHRISTOPHER MAURER MAINE     \*
    \* \* \* \* \* \* \* \* \*

## MOTION TO ENTER APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Alfred Guillaume, Esq. hereby moves this Honorable Court to enter his appearance on behalf of the Defendant in the above captioned case pursuant to the Criminal Justice Act.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, Esq.  #MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March 2023, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*Alfred Guillaume*
Alfred Guillaume III, Esq.